UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DENISE WILLIAMS,**

    **Plaintiff,**

**v.**                                                                                Case No: 6:16-cv-1213-Orl-41TBS

**ORLANDO FAMILY PHYSICIANS,
LLC, PREMIER HEALTH NETWORK,
LLC. and JORGE L. GARCIA,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 38). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 39), recommending that the motion be granted but that a portion of the Release of Claims be stricken. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The portion of the Release of Claims that purports to release parties that are not before the Court (Doc. 38-1 ¶¶ 5–6) is **STRICKEN**.

3. The Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 38) is **GRANTED** as set forth in this Order; the Settlement Agreement, as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record